# United States District Court
Eastern District of Missouri
111 S. 10th Street, Rm.3.300
St. Louis, Missouri 63102

**James G. Woodward**    Phone: 314-244-7900
 Clerk of Court

IN RE: THE BUSINESS OF THE COURT

# ORDER

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to forward the following domestic passports to the United States Department of State, Office of Passport Policy and Advisory Services, 2100 Pennsylvania Avenue NW, 3rd Floor, Washington, DC 20037.

| Defendant Name | Passport Number | Case Number | JCC Date |
| --- | --- | --- | --- |
| Paul Daniel Hogg | 720042399 & 096705706 | 1:05-cr-00045-SNLJ | 10/08/2010 |
| Russell Momberg | 301460700 | 4:05-cr-00594-HEA | 05/25/2006 |
| Michael R. Massey | 401891401 | 4:09-cr-00506-JCH | 10/28/2010 |
| Robert Hector | 437184722 | 4:09-cr-00703-ERW | 11/02/2010 |
| Matthew Richard | 404159897 | 4:09-cr-00796-HEA | 10/18/2010 |
| Matthew A. Suschanke | 435265819 | 4:09-cr-00801-CEJ | 10/12/2010 |
| Raymond Joe Polk | 462618669 | 1:10-cr-00057-RWS | 10/20/2010 |
| James Faree Fuller | 306631667 | 4:10-cr-00170-CDP | 10/22/2010 |
| Margaret Bullock | 720100671 | 4:10-cr-00203-CEJ | 09/30/2010 |
| Maninderjit Singh Dayal | 404068967 | 4:10-cr-00207-CDP | 10/20/2010 |
| Anthony Schrader | 406013808 | 4:10-cr-00254-CDP | 11/04/2010 |
| Tarrell R. Campbell | 467100096 | 4:10-cr-00257-JCH | 10/27/2010 |

Dated this 16th day of November, 2010.

_____
Catherine D. Perry
United States District Judge